1   BILLET & KAPLAN
2   TERRY S. KAPLAN, P.C. (SBN 50860)
    (tkaplan@bkdlaw.net)
3   JORDAN TRACHTENBERG (SBN 116306)
    (jtrachtenberg@bkdlaw.net)
    PAUL N. GLASSER (SBN 124955)
4   (pglasser@bkdlaw.net)
    1900 Avenue of the Stars, Suite 2350
5   Los Angeles, California 90067-4510
    Telephone: (310) 551-1700
6   Facsimile:  (310) 277-7062

7   Attorneys for Defendant Andrea Kawawaki

8

9

10                    UNITED STATES DISTRICT COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12                        SOUTHERN DIVISION

13  FEDERAL DEPOSIT INSURANCE      )  CASE NO.  SACV 10-00627 DOC (RNBx)
    CORPORATION AS RECEIVER OF     )
14  INDYMAC BANK, F.S.B.,          )  [Assigned For All Purposes To:
                                   )  Hon. David O. Carter, Courtroom 9-D]
15              Plaintiff,         )
                                   )
16        v.                       )  [PROPOSED] JUDGMENT
                                   )  IN FAVOR OF DEFENDANT
17  FIDELITY NATIONAL TITLE        )  ANDREA KAWAWAKI AND
    INSURANCE COMPANY, a           )  AGAINST PLAINTIFF
18  California corporation; ANDREA )
    KAWAWAKI, an individual;       )  (Matter Submitted on
19  AMERICAN COAST TITLE           )  September 30, 2010)
    COMPANY, INC., a California    )
20  corporation, and DOES 1 through 50, )
    inclusive,                     )
21                                 )
                                   )  Complaint Filed:  May 7, 2010
22              Defendants.        )  Trial Date:       None Set
                                   )
23

24

25

26

27

28

O:\L29-458 -
[Proposed] Judgment

[PROPOSED] JUDGMENT

On July 6, 2010 Plaintiff Federal Deposit Insurance Corporation as Receiver of IndyMac Bank, FSB filed its First Amended Complaint in this action naming Defendant Andrea Kawawaki as a party Defendant in only the Second and Fifth Causes of Action.

On September 1, 2010 Andrea Kawawaki moved to dismiss the Second and Fifth Causes of Action of the First Amended Complaint with prejudice.

Plaintiff opposed the Motion by Opposition filed September 14, 2010 and Defendant Andrea Kawawaki filed her Reply thereto on September 20, 2010, the Court taking the matter under submission and ruling on October 19, 2010, granted Andrea Kawawaki's Motion to Dismiss the Second and Fifth Causes of Action with prejudice.

There are no further causes of action alleged against Andrea Kawawaki in the First Amended Complaint.

There being no further causes of action in the First Amended Complaint against Andrea Kawawaki, judgment shall be and hereby is entered in favor of Defendant Andrea Kawawaki and against Plaintiff, as follows:

Plaintiff's First Amended Complaint as against Defendant Andrea Kawawaki shall be and hereby is dismissed with prejudice.

DATED: 11/9/10

_David O. Carter_
United States District Court Judge

Approved as to Form:

Snipper Wainer & Markoff

By: _____
Maurice Wainer, Esq.
Attorneys for Plaintiff

O:\L29-458 -
[Proposed] Judgment

1

[PROPOSED] JUDGMENT