LEWIS BRISBOIS BISGAARD & SMITH LLP
Esther P. Holm, Esq. (SBN 140279)
    Email: holm@lbbslaw.com
Renata L. Hoddinott, Esq. (SBN 251714)
    Email: rhoddinott@lbbslaw.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: (714) 545-9200
Facsimile: (714) 850-1030

Attorneys for Defendant: AMERICAN COAST TITLE COMPANY, INC.

**DENIED**
BY ORDER OF
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE
ON 9-30-11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br> v. <br><br> FIDELITY NATIONAL TITLE INSURANCE COMPANY, A California corporation; ANDREA KAWAWAKI, an individual; AMERICAN COAST TITLE COMPANY, INC., a California corporation, and DOES 1 through 50, Inclusive. <br><br> Defendants. | CASE NO.: SACV10-0627 DOC (RNB) <br><br> **[PROPOSED] ORDER TO APPLICATION OF DEFENDANT AMERICAN COAST TITLE COMPANY, INC. FOR DETERMINATION OF GOOD FAITH SETTLEMENT** <br><br> *[Filed Concurrently with Application for Determination of Good Faith Settlement]* <br><br> ACTION FILED: JULY 6, 2010 <br> TRIAL DATE: OCTOBER 4, 2011 |

The court having read the papers submitted by Defendant AMERICAN COAST TITLE COMPANY, INC., a California corporation ("Defendant") in support of its application for determination of good faith settlement:

**IT IS HEREBY ORDERED** that the Application of the Defendant for a Determination of Good Faith Settlement be and hereby is, GRANTED.

**IT IS FURTHER ORDERED** that the settlement agreement described in said Application was made and entered into in good faith between the Defendant and Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF

Case 8:10-cv-00627-DOC -RNB   Document 96   Filed 09/30/11   Page 2 of 2   Page ID #:1198

1  INDYMAC BANK, F.S.B. to the agreement, within the meaning and effect of Code of
2  Civil Procedure section 877.6(a)(2) and that said determination hereby bars any other
3  parties to this litigation, joint tort-feasors or co-obligors from any further claim against
4  Defendant AMERICAN COAST TITLE COMPANY, INC., a California corporation.

**DENIED**
BY ORDER OF
DAVID O. CARTER

DATED _____    HONORABLE DAVID O. CARTER

