UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SA CV 10-00627-DOC(RNBx) | Date | December 27, 2011 |
|---|---|---|---|
| Title | Federal Deposit Insurance Corporation, etc. -v- Fidelity National Title Insurance Company, etc., et al. | | |

| Present: The Honorable | David O. Carter, U.S. District Court Judge | |
|---|---|---|
| Kathy Peterson | Not Present | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   IN CHAMBERS - ORDER TO SHOW CAUSE RE  LACK OF PROSECUTION

It is the responsibility of third party plaintiff  to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond.  If necessary, third-party plaintiff  must also pursue Rule 55 remedies promptly upon default of any third party  defendant.  All stipulations affecting the progress of the case must be approved by the Court, Local Rule 7-1.

The file in this case lacks the papers that would show it is being timely prosecuted, as reflected below.  Accordingly, the Court, on its own motion, hereby orders third party plaintiff  to show cause in writing no later than **January 10, 2012** , why this action should not be dismissed as to all remaining third-party defendants for lack of prosecution.

As an alternative to a written response by third party plaintiff,  the Court will accept one of the following, if it is filed on or before the above date, as evidence that the matter is being prosecuted diligently.

- **THIRD PARTY PLAINTIFF'S   FILING OF A  MOTION FOR ENTRY OF DEFAULT JUDGMENT, OR REQUEST TO THE CLERK TO ENTER DEFAULT JUDGMENT**

No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

|  | : | 00 |
|---|---|---|
|  | Initials of Preparer | db for jb |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 10-00627-DOC(RNBx) | Date | December 27, 2011 |
|---|---|---|---|
| Title | Federal Deposit Insurance Corporation, etc. -v- Fidelity National Title Insurance Company, etc., et al. | | |